UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

CARLA LINDAHL,                           )
                                         )
                    Plaintiff,           )     CIVIL NO.
                                         )
          v.                             )     COMPLAINT
                                         )
                                         )
UNUM, Life Insurance Company             )
                                         )
                                         )
                    Defendant,           )
_____)

This complaint is filed to challenge the termination of long-term disability benefits by the Defendant, Unum Life Insurance Company of America for violation of the Employment Retirement Income Security Act of 1974 pursuant to section 502 of that act and violation of its obligation to act in good faith regarding the processing of claims for such benefits.

### I. Parties

1.1    Carla Lindahl is over 18 years of age and a resident of Cowlitz County at all

COMPLAINT - 1

Crandall, O'Neill, Imboden & Styve, P.S.
Attorneys at Law
1447 Third Avenue, Suite A / Box 336
Longview, WA  98632
360 425 4470 - Fax 360 425 4477

1   times material and relevant to this proceeding.

2   1.2   Defendant, Unum life Insurance Company of America, was and is the plan

3         administrator of policy number 370835, a long-term disability policy.

4   1.3   Defendant, Unum Life Insurance Company of America was and is licensed to

5         provide long term disability insurance benefits to Washington residents.

6

7                                **II. Facts**

8   2.1   Plaintiff purchased benefits and/or was a beneficiary for any long-term disability

9         that were payable under policy number 370835.

10  2.2   Plaintiff was employed as a housekeeper by St. John's hospital January 2001 until

11        about September 13, 2006.  Plaintiff's employment with PeaceHealth ended due

12        to physical impairments, including but not limited to, a malformation in her

13        brain, diabetes, fibromyalgia, neuropathy, inflammatory arthritis and secondary

14        mental conditions caused by the chronic physiological problems.

15

16  2.3   On or about September 16, 2006 Plaintiff submitted a claim for long-term

17        disability benefits, which was approved by the Defendant.

18  2.4   On January 18, 2007 a letter from Unum informed Plaintiff "We have received

19        and reviewed your LTD claim and approved your request for benefits."

20  2.5   Plaintiff applied for and was awarded Social Security disability benefits in May

21        of 2008 and informed Defendant of her eligibility for said benefits.

22

23  2.6   Plaintiff received monthly benefits of $1200.00 from Unum commencing

24        September 2006 until May 2008 which was when Plaintiff began receiving Social

25

26  COMPLAINT - 2

27

28
Crandall, O'Neill, Imboden & Styve, P.S.
Attorneys at Law
1447 Third Avenue, Suite A / Box 336
Longview, WA  98632
360 425 4470 - Fax 360 425 4477

1    Security disability benefits and thereafter received $507.32 per month from

2    Unum until the benefits ended.

3    2.7    On or about October 21, 2011 Defendant ended payment of said long-term

4            disability benefits because the payment was due to a mental condition identified

5            as "depression".

6

7    2.8    Plaintiff filed a timely appeal from the determination of the Defendant ending

8            her long-term disability benefits.

9    2.9    Plaintiff submitted medical information in support of her appeal some which

10          was considered by the Defendant, including but not limited to the opinions of

11          her treating doctor, Timothy Randall, in November 2011 that the progression of

12          her neuropathy and inflammatory arthritis compounded by her history of

13          congenital neurological abnormality rendered her unemployable and Dr. Robert

14          Axelrod also in November 2011 that depression was a consequence of her

15          underlying physical problems which on their own rendered her disabled.

16

17   2.10   Defendant failed to contact or obtain information from the treatment providers

18          as required by Federal and State law to conduct a full and fair review before

19          taking action regarding eligibility.

20

21   2.11   The Defendant misinterpreted the medical evidence that it did consider after it

22          had been provided by the Plaintiff and or her treating medical professionals,

23          including but not limited to the determination that any mental impairment was

24          secondary to the underlying severe physical problems that had been identified

25

26   COMPLAINT - 3

27

28

Crandall, O'Neill, Imboden & Styve, P.S.
Attorneys at Law
1447 Third Avenue, Suite A / Box 336
Longview, WA  98632
360 425 4470 - Fax 360 425 4477

1   and were receiving treatment.

2   2.12   Defendant failed to conduct a full and fair review of material information.

3   2.13   Defendant failed to act in good faith in the evaluation and decision related to the

4

5   termination of Plaintiff's monthly long term disability benefits.

6   2.14   On or about June 4, 2012 Defendant issued a written decision affirming its earlier

7   determination to end payment of long-term disability benefits.

8   2.15   Plaintiff has exhausted her administrative remedies under ERISA.

9   2.16   Because of the decision by Defendant, Plaintiff has suffered and continues to

10   suffer economic damages in an amount of not less than $507.32 dollars per

11

12   month.

13   2.17   Because of the decision by the Defendant, Plaintiff has suffered and continues to

14   suffer emotional damages in an amount to be determined at trial.

15                    III. Claim for Relief: ERISA

16   3.1   Plaintiff realleges paragraphs 1.1 through 2.17.

17   3.2   The Defendant has failed to comply with its obligation to conduct a full and fair

18   review of the long term disability claim in violation of Employee Retirement

19

20   Income Security Act of 1974, section 502, 29 USC 1132.

21   3.3   Plaintiff is entitled to reinstatement of her long term disability benefits and such

22   other damages that are appropriate under the facts of law.

23

24

25

26

27   COMPLAINT - 4

28

Crandall, O'Neill, Imboden & Styve, P.S.
Attorneys at Law
1447 Third Avenue, Suite A / Box 336
Longview, WA  98632
360 425 4470 - Fax 360 425 4477

**Wherefore: Plaintiff prays for judgment in her favor awarding;**

4.1    Her damages for economic loss calculated at not less than five hundred ($500.00) dollars per month; and,

4.2    Reinstatement of her long term disability benefits according to the terms and conditions of said disability policy; and,

4.3    Her emotional damages caused by the action and/or inactions of Defendant in an amount to be determined at trial; and,

4.4    Plaintiff's costs and reasonable attorney fees; and,

4.5    Such other relief as is appropriate under the facts and law.


STATE OF WASHINGTON)

                                            : ss

County of Cowlitz              )


        I, Carla Lindahl, being first duly sworn on oath, depose and say: That I am the Plaintiff herein; that I have read the foregoing Complaint, know the contents thereof, and believe that same to be true.


                DATED this 21st day of May, 2015


                                _____
                                CARLA LINDAHL


COMPLAINT - 5

Crandall, O'Neill, Imboden & Styve, P.S.
Attorneys at Law
1447 Third Avenue, Suite A / Box 336
Longview, WA  98632
360 425 4470 - Fax 360 425 4477

1

2

3   SIGNED AND SWORN to before me on this 21st day of May, 2015

4

5

6

7   NOTARY PUBLIC in and for the State of
    Washington, Residing at: Cowlitz County
8   My Commission Expires: _9-22-17_

9

10

11  Respectfully submitted this 21st day of May, 2015

12

13

14  TOM O'NEILL   WSBA #9363
    Of Attorney for Plaintiff

15

16

17

18

19

20

21

22

23

24

25

26

27  COMPLAINT - 6

28

Crandall, O'Neill, Imboden & Styve, P.S.
Attorneys at Law
1447 Third Avenue, Suite A / Box 336
Longview, WA  98632
360 425 4470 - Fax 360 425 4477